UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEANTHONY T. WINSTON,<br>　　　　Plaintiff,<br>　　v.<br>MEGAN MONTOYA, et al.,<br>　　　　Defendants. | Case No. 22-cv-07714-RS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's claims arise from events that occurred in Virginia, which is in the District of Virginia. Accordingly, this action is TRANSFERRED to the District of Virginia wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 127, 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** December _7_, 2022

_____
RICHARD SEEBORG
Chief United States District Judge